# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-01994-DOC (DFM) | Date: | December 19, 2019 |
|---|---|---|---|
| Title | Shikeb Saddozai v. Eloy Vaca, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause for Failure to Prosecute (Dkt. 12)

Plaintiff filed his complaint in this matter on October 17, 2019. See Dkt. 1. On October 28, 2019, this Court filed an order directing service of process on one individual Defendant. See Dkt. 6. At the same time, the Court ordered the Clerk to provide Plaintiff with USM-285 forms and service of process instructions. See Dkt. 7. The Court also ordered Plaintiff to file, within thirty (30) days of that order, a Notice of Submission indicating that he had submitted a completed summons, USM-285 forms, and copies of the second amended complaint to the U.S. Marshal's Service. Id. ¶ 3.

Plaintiff's deadline to file his Notice of Submission has expired. Plaintiff has neither filed his Notice of Submission nor sought an extension of time in which to do so. This represents a failure to prosecute. Accordingly, within twenty-eight (28) days of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file his Notice of Submission, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his Notice of Submission in the format specified in the Court's October 28, 2019 order.

**Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**