# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SHIKEB SADDOZAI, <br><br> Plaintiff, <br><br> v. <br><br> ELOY VACA et al., <br><br> Defendants. | No. ED CV 19-01994-DOC (DFM) <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Defendant's Motion to Partially Dismiss Plaintiff's Second Amended Complaint is GRANTED; (2) Plaintiff's requests for declaratory and injunctive relief against Defendant Vaca and Plaintiff's official-capacity claims against all Defendants are dismissed without leave to amend; and (3) Plaintiff's individual-capacity claims against Defendants Hightshoe, McDowell, and the Director of the California

Department of Corrections and Rehabilitation are dismissed with leave to amend.

    If Plaintiff wishes to file a Third Amended Complaint, he must do so within twenty-eight (28) days of the date of this Order.

Date: December 1, 2021

*/s/ David O. Carter*
_____
DAVID O. CARTER
United States District Judge