JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| SHIKEB SADDOZAI, | No. ED CV 19-01994-DOC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ELOY VACA et al., | |
| Defendant(s). | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: September 5, 2023

_David O. Carter_

DAVID O. CARTER
United States District Judge